Attorneys for Plaintiffs,
Bubalo Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
(502) 753-1600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02962-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| CHRISTEN SUMMERS, Individually and as Next Friend of Ashly E. Summers and ███████ Minors; and JOHN SUMMERS, Spouse<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC; KITTIE H. GEORGE, MD; LOUISVILLE BONE & JOINT SPECIALISTS, PSC; GARY A. HOGGE, MD; and GARY A. HOGGE, MD, PLLC<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, CHRISTEN SUMMERS, Individually and as Next Friend of Ashly E. Summers and ███████ Minors; and JOHN SUMMERS, Spouse, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: 12-10 2009 | BUBALO HIESTAND & ROTMAN, PLC |
| 2 | | |
| 3 | | By: *Leslie M. Cronen* |
| | | Leslie M. Cronen |
| 4 | | Attorneys for Plaintiffs |
| 5 | DATED: 12-10, 2009 | O'BRYAN BROWN & TONER, PLLC |
| 6 | | By: *Joseph C. Klausing* / with permission by LMCronen |
| 7 | | Joseph C. Klausing |
| | | Attorneys for Defendant Kittie H. George, MD, |
| 8 | | Gary A. Hogge, MD, Gary A. Hogge, MD, PLLC and Louisville Bone & Joint Specialists, PSC |
| 9 | DATED: February 3, 2010 | DLA PIPER LLP (US) |
| 10 | | |
| 11 | | By: *Michelle* |
| | | Michelle W. Sadowsky |
| 12 | | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 16 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE